UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TODD COURSER,

    Plaintiff,

v.                                                                     Case No.  1:16-CV-1108

KEITH ALLARD, et al.,                                    HON. GORDON J. QUIST

    Defendants.
_____/

### ORDER VACATING IN PART DECEMBER 19, 2016 ORDER
### AND DISMISSING CLAIMS WITHOUT PREJUDICE

By Order entered July 20, 2018, the Sixth Circuit has remanded this matter to this Court a second time for the limited purpose of entering a final and appealable order incorporating the Court's conclusions in its May 31, 2018, Memorandum Regarding Legal Issue on Limited Remand (ECF No. 146).  Accordingly,

**IT IS HEREBY ORDERED** that the portion of the Court's December 19, 2016, Order Regarding Voluntary Dismissal (ECF No. 127) dismissing Plaintiff's claims against Defendant Krell with prejudice is **VACATED**.

**IT IS FURTHER ORDERED** that for the reasons set forth in the Court's May 31, 2018, Memorandum Regarding Legal Issue on Limited Remand (ECF No. 146), Plaintiff's claims against Defendant Krell are **DISMISSED WITHOUT PREJUDICE**.

Dated:  July 24, 2018                                           /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE